**THE STATE OF NEW HAMPSHIRE**

**SUPREME COURT**

**In Case No. 2014-0260, <u>Thomas Kent v. Wells Fargo Home Mortgage</u>, the court on February 6, 2015, issued the following order:**

Having considered the parties' briefs and the record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). The intervenor, K. William Clauson, appeals an order of the Superior Court (<u>Vaughan</u>, J.) denying his motion to set aside the foreclosure sale conducted by the respondent, Wells Fargo Home Mortgage, on property owned by the petitioner, Thomas Kent. The petitioner has appeared in the appeal and joins in the arguments made by the intervenor. As the appealing party, the intervenor has the burden of demonstrating reversible error. <u>See</u> <u>Gallo v. Traina</u>, 166 N.H. ___, ___ 101 A.3d 1183, 1186 (2014). Based upon our review of the trial court's well-reasoned order, the intervenor's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the intervenor has not demonstrated reversible error. <u>See</u> <u>id</u>.

<u>Affirmed</u>.

Dalianis, C.J., and Hicks and Lynn, JJ., concurred.

**Eileen Fox,**
**Clerk**